**UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION**

| | |
|---|---|
| MARK DAVID STEFFEN, | Case No. __22-cv-3001__ |
| Plaintiff, | |
| vs. | |
| VADER MOUNTAIN CAPITAL and STEPHANIE BAEZ, | **NOTICE OF REMOVAL** |
| Defendants. | |

TO:    THE CLERK OF THE UNITED STATES DISTRICT COURT  FOR THE  DISTRICT OF SOUTH DAKOTA, CENTRAL DIVISION

Pursuant to **28 U.S.C. § 1331**, *et seq.*, Defendant Vader Mountain Capital ("Defendant Vader") and Defendant Stephanie Baez ("Defendant Baez") hereby give notice of removal of the action captioned: *Mark David Steffen v. Vader Mountain Capital and Stephanie Baez*, **26SMC21-000054, now pending in the Small Claims Court of the Sixth Judicial  Circuit, in and for Gregory County, South Dakota (the "Action"), to the United States District Court for the District of South Dakota, Central Division.**

AS GROUNDS THEREFORE, Defendants state as follows:

1.    The Action was filed on December 13, 2021.

2.    On December 14, 2021, certified mail was deposited with the U.S. Postal Service and addressed to both Defendants at their address in Miami, Florida.  A true and accurate copy of the Certified Mail Receipt is attached as Exhibit A.  This mailing is assumed to have included the Notice of Small Claims, Statement of Small Claims, and Affidavit of

1

Military Status.  True and accurate copies of the Notice of Small Claims, Statement of Small Claims, and Affidavit of Military Status are attached as Exhibits B, C, and D, respectively.

3.      The certified mail package was returned to the Court and filed on December 28, 2021, and marked as "RETURN TO SENDER UNDELIVERABLE AS ADDRESSED UNABLE TO FORWARD".  A true and accurate copy of the returned mail is attached as Exhibit E.

4.      That same day Plaintiff executed an Authorization of Sheriff's Service, which was filed with the Court. A true and accurate copy of the returned mail is attached as Exhibit F.

5.      Pursuant to 28 U.S.C. §§ 1446 and 1441(c)(1)(A), removal to the United States District Court for the District of South Dakota, Central Division is appropriate because this Action is being removed from the Small Claims Court for the Sixth Judicial Circuit in and for Gregory County, South Dakota.

6.      Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely because it is filed within thirty days of the date on which this action first became removable.

7.      This Notice of Removal is filed by both Defendants in this Action.

8.      The Action is one over which the United States District Court has jurisdiction, pursuant to 28 U.S.C. § 1331, and as described below.

9.      In the Statement of Small Claims Plaintiff seeks recovery of "damages under the Fair Debt Collection Practice Act" ("FDCPA") and SDCL 54-4-4."[1]  Removal is proper

---

[1] Plaintiff may have been referring to SDCL § 54-4-44 which states:

> After procuring such license from the Division of Banking, the licensee may engage in the business of making loans and may contract for and receive interest charges and other fees at rates, amounts, and terms as agreed to by the parties which may be included in the principal balance of the loan and specified in the contract. However, no licensee may contract for or receive finance charges pursuant to a loan in excess of an annual rate of thirty-six percent, including all charges for any ancillary product or service and any other charge or fee incident to the extension of credit. A violation of this section is a Class 1 misdemeanor. Any loan made

based on federal question under the FDCPA. This case is a civil action over which this Court would possess original jurisdiction pursuant to 28 U.S.C. § 1441 and is one Defendants may remove pursuant to 28 U.S.C. §§ 1441 and 1446.

10.     Plaintiff's action is based, at least in part, on the enforcement of a right of action created by federal statute. *See* 15 U.S.C. § 1692(k) ("An action to enforce any liability created by this title may be brought in any appropriate United States district court without regard to the amount in controversy, or in any other court of competent jurisdiction, within one year from the date on which the violation occurs."). Thus, there is no question that Plaintiff's claims alleging violation of the FDCPA arises under federal law and, therefore, may be filed in and removed to federal district court.

11.     Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because this Court is in the federal judicial district embracing the Small Claims Court for the Sixth Judicial Circuit in and for Gregory County, South Dakota, where the Action was originally venued.

12.     Defendants will contemporaneously file with the Clerk for the Small Claims Court for the Sixth Judicial Circuit in and for Gregory County, South Dakota, a Notice of Filing of Notice of Removal pursuant to 28 U.S.C. § 1446(d). A copy of this Notice is attached as Exhibit G. Defendants will also serve Plaintiff with a true and complete copy of this same Notice of Filing of Notice of Removal and Notice of Removal, pursuant to 28 U.S.C. § 1446(d).

13.     There have been no other process, proceedings, or orders served or filed in this action.

---

in violation of this section is void and uncollectible as to any principal, fee, interest, or charge.

3

14.     By this Notice of Removal Defendants do not waive any objections they may have as to service, jurisdiction, or venue, or any other defenses or objections it may have to this action.  They intend no admission of fact, law, or liability by this Notice, and expressly reserve all defenses, motions, and/or pleas.

**WHEREFORE**, Defendants remove this action, previously commenced in the Small Claims Court of the Sixth Judicial Circuit, in and for Gregory County, South Dakota, to the United States District Court for the District of South Dakota, Central Division.

Dated January 18, 2022.

**GOOSMANN LAW FIRM, PLC**

By:     _/s/ Anna Limoges_____
ANNA LIMOGES
2101 W. 69th St., Ste. 200
Sioux Falls, SD 57108
Phone: (605) 371-2000
Fax: (605) 275-2039
LimogesA@GoosmannLaw.com
*Attorneys for Defendants*

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

MARK DAVID STEFFEN

**(b)** County of Residence of First Listed Plaintiff    Gregory, South Dakota
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS

VADER MOUNTAIN CAPITAL

County of Residence of First Listed Defendant    Miami-Dade, Florida
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

Anna Limoges, Goosmann Law Firm, PLC, 2101 W. 69th St., Ste. 200, Sioux Falls, SD 57108

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

### TORTS
**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

### REAL PROPERTY
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

### CIVIL RIGHTS
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

### LABOR
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

### IMMIGRATION
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

### BANKRUPTCY
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

### INTELLECTUAL PROPERTY RIGHTS
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

### SOCIAL SECURITY
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

### FEDERAL TAX SUITS
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [x] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. § 1692

Brief description of cause:
Action arises as Plaintiff seeks recovery of damages under the Fair Debt Collection Practice Act.

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $
$12,037.96

CHECK YES only if demanded in complaint:
JURY DEMAND:    [ ] Yes    [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*    JUDGE _____    DOCKET NUMBER _____

DATE
01/18/2022

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____